# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2016

Robert P. Young, Jr.,
Chief Justice

152946-8(83)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

MOHAMMAD MASROOR,
　　　　Defendant-Appellee.
_____/

SC: 152946-8
COA: 322280; 322281; 322282
Wayne CC:　14-000869-FC;
　　　　　　14-000858-FC;
　　　　　　14-000857-FC

　　　　On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his brief is GRANTED. The brief will be accepted as timely filed if submitted on or before September 21, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2016

